**Order entered December 16, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00829-CV

### BALTASAR D. CRUZ, Appellant

### V.

### VICTOR HERNANDEZ AND GUILLERMO MARTINEZ, Appellees

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-18209**

## ORDER

Before the Court is appellant's December 14, 2022 unopposed second motion for extension of deadline to file his brief. Appellant explains the extension is necessary, in part, because supplemental clerk's and reporter's records he has requested have not yet been filed.

We **GRANT** the motion. We **ORDER** Dallas County District Clerk Felicia Pitre and court reporter David Langford to file the supplemental records appellant requested on December 12, 2022 no later than January 5, 2023. We **RESET** the

deadline for the filing of appellant's brief to February 6, 2023 or thirty days from the filing of the records, whichever is later.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Pitre, Mr. Langford, and the parties.

/s/    KEN MOLBERG
       JUSTICE